**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| MOKARAM-LATIF WEST LOOP, LTD., <br><br>      Plaintiffs, <br><br> v. <br><br> ALI CHOUDHRI, <br><br>      Defendant. | Case No. 24-03224 |
| MOKARAM-LATIF WEST LOOP, LTD. AND OSAMA ABDULLATIF, <br><br>      Plaintiffs, <br><br> v. <br><br> ALI CHOUDHRI, <br><br>      Defendant. | Case No. 24-03225 |

## NOTICE OF HEARING ON ALI MOKARAM AND OSAMA ABDULLATIF'S EMERGENCY MOTION FOR REMAND OR ABSTENTION

**PLEASE TAKE NOTICE** that an emergency hearing on the *Amended Emergency Motion for Remand or Abstention* filed by Ali Mokaram and Osama Abdullatif [Case No. 24-03224, Docket No. 6; Case No. 24-03225, Docket No. 3] has been set on **Wednesday, November 13, 2024, at 11:00 a.m. Central Time**, before the Honorable Marvin Isgur.

The hearing will take place in Judge Isgur's courtroom, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 404, Houston, Texas 77002.

4857-1523-9671

Respectfully submitted this 12th day of November, 2024.

GRAY REED

By: */s/ London England*
       B. SCOTT FUNK
       Texas Bar No. 07550900
       LYDIA R. WEBB
       Texas Bar No. 24083758
       LONDON ENGLAND
       Texas Bar No. 24110313

1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email: sfunk@grayreed.com
      lwebb@grayreed.com
      lengland@grayreed.com

COUNSEL TO ALI MOKARAM

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 12, 2024, she caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to all parties authorized to receive electronic notice, and via email to:

Robert Teir
Email: rteir@icloud.com

       */s/ London England*
       LONDON ENGLAND

4857-1523-9671